W. PATRICK MCPHILAMY, III
A PROFESSIONAL CORPORATION
2596 Mission St., Suite 201
San Marino, CA 91108
SBN#: 111156
Tel. No.: (626) 799-8000
Fax. No.: (626) 799-8001
mcphilamylaw@gmail.com

Attorney for Plaintiff, **UNICOLORS, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (WESTERN DIVISION-LOS ANGELES)

| | |
|---|---|
| UNICOLORS, INC., a California corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SILHOUETTE CLOTHING, INC., a )<br>California corporation; JANETTE FASHION, )<br>and DOES 1 through 10, inclusive, )<br>)<br>Defendants. )<br>) | Case No.: CV08-0586 MMM (CWx)<br><br>[PROPOSED] ORDER |

## ORDER

The Court has considered that the Parties entered into a Settlement Agreement, and has considered the Stipulation To Dismiss Action With Prejudice, filed concurrently herewith.

IT IS HEREBY ORDERED that the entire action be dismissed, with prejudice, without any award of damages, each Party to bear its own costs and attorneys' fees herein incurred.

IT IS SO ORDERED that this Court shall retain jurisdiction over all disputes between the parties arising out of the Settlement Agreement, including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement

DATED:   October 15, 2008           *Margaret M. Morrow*
                                     JUDGE OF THE U.S. DISTRICT COURT